CHRISTINE SHIPLEY, APPELLANT, V. JOSEPH SHIPLEY, APPELLEE.

50 N. W. 2d 103

Filed November 23, 1951. No. 33033.

*Burbridge & Burbridge,* for appellant.

*Frost, Peasinger & Meyers,* for appellee.

Heard before SIMMONS, C. J., CARTER, MESSMORE, YEAGER, CHAPPELL, WENKE, and BOSLAUGH, JJ.

MESSMORE, J.

The plaintiff filed a petition in the district court to modify a decree of divorce. The defendant, cross-petitioner, demurred to the petition. The demurrer was sustained. The plaintiff appeals.

The ruling on the demurrer was not followed by a judgment of dismissal nor any order showing final disposition of the case.

In Larson v. Sloan, 77 Neb. 438, 109 N. W. 752, this court held: "An order sustaining a general demurrer to a petition, not followed by a judgment of dismissal or other final disposition of the case, is not a final order

or judgment, and is not reviewable in this court." See, also, Miller v. B. & M. R. R. Co., 7 Neb. 227; State ex rel. Sorensen v. State Bank of Omaha, 131 Neb. 223, 267 N. W. 532; Cozad Ditch Co. v. Central Nebraska Public Power & Irrigation Dist., 132 Neb. 547, 272 N. W. 560; State ex rel. Johnson v. Consumers Public Power Dist., 142 Neb. 114, 5 N. W. 2d 202; § 25-1902, R. R. S. 1943.

For the reason given herein, the plaintiff's appeal is dismissed.

DISMISSED.